IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY POINTER, individually and on behalf of all other similarly situated,** § § § | | |
| | § | **CIVIL ACTION NO. 15-3398** |
| Plaintiff, | § § | **SECTION: "G"(2)** |
| v. | § § | **JUDGE:  NANNETTE J. BROWN** |
| **FLIGHT SERVICES & SYSTEMS, INC.,** | § § § | **MAG:  JOSEPH C.  WILKINSON, JR.** |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Rodney Pointer ("Plaintiff" or "Pointer") and Defendant Flight Services & Systems, Inc. ("Defendant" or "FSS") (together "the Parties"), by and through their respective counsel, hereby move the Court to enter a Protective Order concerning the discovery and use of certain confidential information in this case. As grounds for this Motion, the Parties state as follows:

1. Discovery in this action will involve the disclosure of confidential, proprietary or private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending against this litigation is warranted.

2. The confidential and proprietary material that may be produced in this action includes, but is not limited to: (a) personnel records of Defendant's current or former employees; (b) Defendant's trade secrets; (c) privileged or confidential commercial information; (d) privileged or confidential financial information; and (e) medical records, financial records, and tax records pertaining to the Plaintiff, Defendant's current and former employees, and any other witness in this case.

3. This Protective Order is needed to ensure fair and efficient completion of discovery

1

while protecting the Parties' and third-parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

4.  A copy of the proposed Protective Order is attached hereto.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant their Joint Motion for Entry of Protective Order, and enter the Protective Order that is being contemporaneously tendered with this Motion.

Respectfully submitted this 6th day of January, 2016.

| **WILLIAMS LITIGATION, L.L.C.** | **CONSTANGY, SMITH, BROOKS & PROPHETE, LLP** |
|---|---|
| By: *s/Christopher L. Williams*<br>    Christopher L. Williams<br>    La. Bar Roll No. 32269<br>    639 Loyola Ave., Suite 1850<br>    New Orleans, LA 70113<br>    Telephone: 504.308.1438<br>    Fax: 504.308.1446<br>    chris@williamslitigation.com<br><br>    *Attorney for Plaintiffs* | By: *s/ Stacy D. Mueller*<br>JIM GOH (admitted *pro hac vice*, Co. Bar No. 20822)<br>Trial Attorney<br>STEVEN W. MOORE *(*admitted *pro hac vice*, Co. Bar No. 23320*)*<br>STACY D. MUELLER (admitted *pro hac vice*, Co. Bar No. 34222)<br>600 17th Street, Suite 2700-S<br>Denver, CO 80202<br>Telephone: (720) 343-7554<br>Facsimile:  (720) 343-7555<br>Email:  jgoh@constangy.com<br>Email:  smoore@constangy.com<br>Email:  smueller@constangy.com<br><br>**PROSKAUER ROSE LLP**<br>STACEY C.S. CERRONE (La. Bar No. 25860)<br>CHARLES J. STIEGLER (La. Bar No. 33456)<br>50 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 310-4088<br>Facsimile:   (504) 310-2022<br>Email:  scerrone@proskauer.com<br>Email:  cstiegler@proskauer.com<br><br>*Attorneys for Defendant Flight Services & Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of January 2016, a true and correct copy of the foregoing Joint Motion for Entry of Protective Order was served by filing the same in this Court's CM/ECF System, upon all counsel of record.

                                           *s/ Stacy D. Mueller*